**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VIBERT L. WHITE, JR.,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No.  6:10-cv-134-Orl-28GJK**

**ALANA BRENNER, BILL COWLES,**
**DAISY W. LYNUM,**

       **Defendants.**

_____

## ORDER

This case is before the Court on the Motion for Sanctions Under Federal Rule of Civil Procedure 11 by Defendant Alana Brenner, In her Official Capacity as City Clerk for the City of Orlando, Florida (Doc. No. 31) filed September 28, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by Defendant Brenner, the objections are overruled.  The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.　　That the Report and Recommendation filed December 15, 2010 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.　　The Motion for Sanctions Under Federal Rule of Civil Procedure 11 by Defendant, Alana Brenner, in her Official Capacity as City Clerk for the City of Orlando, Florida (Doc. No. 31) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___10th___ day of January, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge