**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VIBERT L. WHITE, JR.,**

       **Plaintiff,**

**-vs-**                                  **Case No. 6:10-cv-134-Orl-28GJK**

**ALANA BRENNER, BILL COWLES,**
**DAISY W. LYNUM, CITY OF ORLANDO,**
**FLORIDA,**

       **Defendants.**
_____

# ORDER

This case is before the Court on two motions: (1) Motion for Attorneys' Fees and Costs of City of Orlando and Alana Brenner and Renewed Request for Sanctions (Doc. No. 53) filed March 21, 2011; and (2) Motion for Attorneys' Fees and Costs of Bill Cowles (Doc. No. 56) filed March 21, 2011. The United States Magistrate Judge has submitted a report recommending that the motions be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of the objection to the Report and Recommendation filed by Plaintiff Vibert L. White, Jr.[1], and the response to the objection by the City of Orlando and Alana Brenner (Doc. No. 71), the objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

---

[1] Plaintiff has filed three objections to the Report and Recommendation: docket numbers 65, 69, and 70. The Court has considered the Second Amended Objection (Doc. No. 70).

1. That the Report and Recommendation filed August 30, 2011 (Doc. No. 60) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Attorneys' Fees and Costs of City of Orlando and Alana Brenner and Renewed Request for Sanctions (Doc. No. 53) is **GRANTED** to the extent it requests an award of attorneys' fees and costs against Vibert L. White pursuant to the Court's inherent authority. The Motion is otherwise **DENIED**.

3. The Court awards the City of Orlando and Alana Brenner $36,713.50 in attorneys' fees and $335.00 in costs against Vibert L. White.

4. The Motion for Attorneys' Fees and Costs of Bill Cowles (Doc. No. 56) is **GRANTED** to the extent it requests an award of attorneys' fees and costs against Vibert L. White pursuant to the Court's inherent authority. The Motion is otherwise **DENIED**.

5. Bill Cowles and Vibert L. White shall meet and confer in a good faith effort to agree on the total amount of attorneys' fees and costs to be paid to Bill Cowles by Vibert L. White. This meeting shall take place within fourteen (14) days from the date of this Order. If the parties are unable to reach an agreement on the total amount of attorneys' fees and costs to be paid, Bill Cowles may file an appropriate motion with supporting affidavits and time sheets within twenty-one (21) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of October, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party