# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VIBERT L. WHITE, JR.,**

        **Plaintiff,**

**-vs-**                                   **Case No. 6:10-cv-134-Orl-28GJK**

**ALANA BRENNER, BILL COWLES,**
**DAISY W. LYNUM, CITY OF ORLANDO,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Bill Cowles' Motion for Attorney's Fees and Costs (Doc. No. 73) filed October 19, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 7, 2011 (Doc. No. 74) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Bill Cowles' Motion for Attorney's Fees and Costs (Doc. No. 73) is **GRANTED**.

3. Bill Cowles is awarded $3,982.50 in attorneys' fees and $275.00 in costs against Vibert L. White.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___30th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge

Counsel of Record

JOHN ANTOON II
United States District Judge